United States District Court
Southern District of Texas
**ENTERED**
November 22, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SEAN K. LEE,<br>*Plaintiff,*<br><br>V.<br><br>JEUNG-HO PARK a/k/a JP PARK, GLOBAL ONE BANK, AND DOES 1 TO 50, INCLUSIVE,<br>*Defendants.* | § § § § § § § § § § CIVIL ACTION NO. 4:24cv2148 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated September 27, 2024 (Dkt. 20) and the objections thereto (Dkt. 24), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court; Defendants' Motion to Dismiss (Dkt. 5) is **GRANTED** and Plaintiff's Petition is **DISMISSED WITH PREJUDICE** as to Defendants Jeung-Ho Park a/k/a JP Park and Global One Bank.

**SIGNED** at Houston, Texas this ___22___ day of November, 2024.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE