United States District Court
Southern District of Texas
**ENTERED**
December 30, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SEAN K. LEE, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:24cv2148 |
| JEUNG-HO PARK a/k/a JP PARK, GLOBAL ONE BANK, AND DOES 1 TO 50, INCLUSIVE, *Defendants.* | § § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated December 10, 2024 (Dkt. 37) and no party filing objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

It is further **ORDERED** that Plaintiff's case against remaining Defendants Does 1-50 is **DISMISSED WITHOUT PREJUDICE** for failure to effect service as required by Federal Rule of Civil Procedure 4(m).

**SIGNED** at Houston, Texas this ___30th___ day of December, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE